# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 23-62773-LRC |
| MANAAIR LLC, | Chapter 7 |
| Debtor. | Judge Ritchey Craig |

## NOTICE OF TAKING EXAMINATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL RULE 2004-1

TO:   ManaAir LLC
c/o John W. Mills
Mills Business Law
1336 Harvard Road, NE
Atlanta, Georgia 30306
(404) 219-5038

**PLEASE TAKE NOTICE THAT**, the United States of America, on behalf of its agencies the Department of Justice and the U.S. Small Business Administration and through its undersigned counsel, will take the examination of **ManaAir LLC**, at the date, time and place set forth below. The examination will be conducted by consent of the parties pursuant to the Court's Local Rule 2004-1 as well as Federal Rule of Bankruptcy Procedure 2004, and other applicable rules of procedure. The examination will be taken before a notary public, court reporter, or other officer duly authorized by law to take oral testimony under oath. The examination will be recorded by stenographic and audio recording means. The examination will take place on Wednesday, April 10, 2024 at 11:00 a.m. ET by videoconferencing or other remote means.

Dated: April 2, 2024.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Ryan K. Buchanan
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　*/s/ Vivieon Kelly Jones*
　　　　　　　　　　　　　　　　　　　VIVIEON K. JONES
　　　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 143033
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　75 Ted Turner Drive SW, Suite 600
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30303
　　　　　　　　　　　　　　　　　　　Telephone: (404) 581-6312
　　　　　　　　　　　　　　　　　　　Facsimile: (404) 581-6151
　　　　　　　　　　　　　　　　　　　E-mail: vivieon.jones@usdoj.gov
　　　　　　　　　　　　　　　　　　　*Counsel for the U.S. Small Business Administration*

## CERTIFICATE OF SERVICE

　　　This is to certify that I have on April 2, 2024 electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program. I have also sent a copy of the foregoing to counsel for ManaAir by e-mail at jmills@millsbizlaw.com and by United States mail, postage pre-paid to:

| | |
|---|---|
| Office of the United States Trustee | S. Gregory Hays |
| 362 Richard Russell Building | Hays Financial Consulting, LLC |
| 75 Ted Turner Drive, SW | 2964 Peachtree Road, Suite 555 |
| Atlanta, GA 30303 | Atlanta, GA 30305 |

　　　　　　　　　　　　　　　　　　　*/s/ Vivieon Kelly Jones*